IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|                   Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:11-cr-04024-FJG-1 |
| | ) | |
| JOSEPHINA GONZALES, a/k/a, | ) | |
| JOSEPHINA TAYLOR, | ) | |
|                   Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Doc. #18) of United States Magistrate Judge Matt J. Whitworth, to which no objection has been filed, the plea of guilty to the Indictment filed May 10, 2011, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                    /s/ Fernando J. Gaitan, Jr.
                                                    Fernando J. Gaitan, Jr.
                                                      Chief United States District Judge

Dated: November 15, 2011
Kansas City, Missouri